IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CR343

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| | ) | |
| | ) | |
| FNU TU | ) | |

The matter is before the court on its own motion for a continuance of this matter from the October 2005 criminal term in the Charlotte Division.

The court finds that the ends of justice served by taking such action outweigh the interest of the public and defendants to a speedy trial as set forth in 18: U.S.C. 3161(h)(8)(1).

IT IS THEREFORE ORDERED that the above captioned case is continued to the **March 6, 2006** criminal term of court as to the above named Defendant.

The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

So ordered.

Signed: January 25, 2006

Graham C. Mullen
United States District Judge