UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05CR343-W |
|---|---|---|
| | ) | |
| v. | ) | **ORDER AUTHORIZING** |
| | ) | **INTERIM CJA VOUCHER** |
| FNU TU | ) | |

UPON MOTION of Steve Meier, attorney of record for fugitive Defendant FNU TU and for good cause shown, the Court grants authorization for Mr. Meier to file an interim CJA Voucher in this matter.

IT IS SO ORDERED.

Signed: January 10, 2007

Frank D. Whitney
United States District Judge