UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:05CR343-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>**Plaintiff** )<br>)<br>1. )<br>)<br>TU )<br>)<br>**Defendant** ) | ORDER |

This **MATTER** is before the Court on its own Motion to administratively close the case as to **TU**. The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is, therefore, ORDERED that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

_____
Frank D. Whitney
Chief United States District Judge