UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO.: 3:05CR343 |
| ) | |
| v. ) | **ORDER TO** |
| ) | **DISMISS THE INDICTMENT** |
| [2] TU ) | |
| ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to **(2) TU** only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel and the United States Attorney's Office.

IT IS SO ORDERED.

Frank D. Whitney
Chief United States District Judge